IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR219 |
| | ) | |
| v. | ) | |
| | ) | |
| ELIJAH H. HARRIS, III, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on petitioner/defendant's "motion for reconsideration for sine qua non and ex aequo et bono" (Filing No. 184). From the record it appears that this Court's memorandum opinion and order and judgment of September 19. 2006 (Filing Nos. 180 and 181) were not received by defendant due to a mailing mix-up until October 26, 2006. The present motion was filed on November 8, 2006, and as it relates to the date of actual receipt by the petitioner/defendant, it is timely filed and the Court will so consider it.

Having reviewed the motion for reconsideration, the Court finds it should be denied. Accordingly,

IT IS ORDERED that defendant's motion for reconsideration is denied.

DATED this 20th day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court