IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR219 |
| | ) | |
| v. | ) | |
| | ) | |
| ELIJAH H. HARRIS, III, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue date to file motion to reduce sentence (Filing No. 251). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted. The defendant shall have until July 13, 2012, to file the appropriate pleadings in this case.

DATED this 29th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court