IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
          Plaintiff,          )        8:01CR219
                              )
     v.                       )
                              )
ELIJAH H. HARRIS, III,        )          ORDER
                              )
          Defendant.          )
_____)
```

This matter is before the Court on defendant's motion for early termination of his supervised release (Filing No. 268), which also requests appointment of counsel.  The Court finds appointment of counsel is appropriate.  Accordingly,

IT IS ORDERED that the Office of the Federal Public Defender is appointed to represent defendant for purposes of his motion for early termination of his supervised release.

DATED this 15th day of November, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court